UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. PETERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORRIS HOLLIE, M.D., et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-1230- NONE-EPG<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>(ECF No. 93) |

Pursuant to the stipulation of the parties (ECF No. 93), and finding good causes exists, the dates and deadlines in the Scheduling Order (ECF No. 90) are modified as follows:

| Event | Deadline/Date |
|---|---|
| Non-expert Discovery Cutoff | July 29, 2020 |
| Expert Disclosure Deadline | August 31, 2020 |
| Rebuttal Expert Disclosure | September 30, 2020 |
| Expert Discovery Cutoff | October 28, 2020 |
| Dispositive Motion Filing Deadline | November 25, 2020 |
| Telephonic Trial Confirmation Hearing | July 14, 2021, 8:15 a.m., Courtroom 4 (NONE) |
| Jury Trial | September 14, 2021, 8:30 a.m., Courtroom 4 (NONE) |

All other terms and conditions of the Scheduling Order remain in full force and effect.
IT IS SO ORDERED.

Dated:　**June 1, 2020**　　　　　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

- 1 -