1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

| | |
|---|---|
| FRANK E. PETERS, | Case No. 1:18-cv-01230-NONE-EPG (PC) |
| Plaintiff, | **ORDER APPROVING SECOND JOINT STIPULATION TO AMEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
| v. | |
| NORRIS HOLLIE, M.D., et al., | |
| Defendants. | (ECF No. 95) |

14

15

Pursuant to the stipulation of the parties (ECF No. 95), and finding good causes exists, the dates and deadlines in the Scheduling Order (ECF No. 90) are modified as follows:

16

17

18

19

20

21

22

| Event | Deadline/Date |
|---|---|
| Non-expert Discovery Cutoff | September 30, 2020 |
| Expert Disclosure Deadline | October 30, 2020 |
| Rebuttal Expert Disclosure | November 30, 2020 |
| Expert Discovery Cutoff | December 31, 2020 |
| Dispositive Motion Filing Deadline | January 29, 2020 |
| Telephonic Trial Confirmation Hearing | July 14, 2021, 8:15 a.m., Courtroom 4 (NONE) |
| Jury Trial | September 14, 2021, 8:30 a.m., Courtroom 4 (NONE) |

23

24

All other terms and conditions of the Scheduling Order remain in full force and effect.

25

IT IS SO ORDERED.

26

Dated:  **July 30, 2020**                          /s/ _Erica P. Grosjean_

27

UNITED STATES MAGISTRATE JUDGE

28

- 1 -