UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. PETERS,<br><br>    Plaintiff,<br><br>v.<br><br>NORRIS HOLLIE, M.D., et al.,<br><br>    Defendants. | Case No. 1:18-cv-01230-NONE-EPG (PC)<br><br>ORDER APPROVING THIRD JOINT STIPULATION TO AMEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES AND MODIFYING SCHEDULE<br><br>(ECF No. 98) |

Pursuant to the stipulation of the parties (ECF No. 98), and finding good causes exists, the dates and deadlines in the Scheduling Order (ECF No. 90) are modified as follows:

| Event | Deadline/Date |
|---|---|
| Non-expert Discovery | January 31, 2021 |
| Expert Disclosure | February 28, 2021 |
| Rebuttal Expert Disclosure | March 31, 2021 |
| Expert Discovery | April 30, 2021 |
| Dispositive Motions | May 31, 2021 |
| Plaintiff's Pretrial Statement | January 12, 2022 |
| Motions for Attendance of Incarcerated Witnesses | January 12, 2022 |
| Deadline for Plaintiff to Notify Court in Writing of the Name and Location of each Unincarcerated Witness Who Refuses to Testify Voluntarily | January 12, 2022 |

- 1 -

| | |
|---|---|
| Oppositions to Motions for Attendance of Incarcerated Witnesses | February 11, 2022 |
| Defendants' Pretrial Statement | February 11, 2022 |
| Deadline for Plaintiff to Submit Money Orders if He Wants to Have Marshals Service Serve Unincarcerated Witnesses Who Refuse to Testify Voluntarily | February 11, 2022 |
| Telephonic Trial Confirmation Hearing | March 15, 2022, 8:15 a.m., Courtroom 4 (NONE) |
| Jury Trial | May 17, 2022, 8:30 a.m., Courtroom 4 (NONE) |

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 30, 2020**            /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE