UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. PETERS,<br><br>    Plaintiff,<br><br>v.<br><br>NORRIS HOLLIE, M.D., et al.,<br><br>    Defendants. | Case No. 1:18-cv-01230-NONE-EPG (PC)<br><br>ORDER APPROVING FOURTH JOINT STIPULATION TO AMEND SCHEDULING ORDER AND MODIFYING SCHEDULE<br><br>(ECF No. 100) |

Pursuant to the stipulation of the parties (ECF No. 100), and finding good causes exists, the Court will modify the Scheduling Order (ECF No. 90, as amended by ECF Nos. 94, 97, & 99). The remaining dates and deadlines in this case are as follows:

| Event | Deadline/Date |
|---|---|
| Non-expert Discovery | March 31, 2021 |
| Expert Disclosure | April 30, 2021 |
| Rebuttal Expert Disclosure | May 31, 2021 |
| Expert Discovery | June 30, 2021 |
| Dispositive Motions | July 30, 2021 |
| Plaintiff's Pretrial Statement | January 12, 2022 |
| Motions for Attendance of Incarcerated Witnesses | January 12, 2022 |

| | |
|---|---|
| Deadline for Plaintiff to Notify Court in Writing of the Name and Location of each Unincarcerated Witness Who Refuses to Testify Voluntarily | January 12, 2022 |
| Oppositions to Motions for Attendance of Incarcerated Witnesses | February 11, 2022 |
| Defendants' Pretrial Statement | February 11, 2022 |
| Deadline for Plaintiff to Submit Money Orders if He Wants to Have Marshals Service Serve Unincarcerated Witnesses Who Refuse to Testify Voluntarily | February 11, 2022 |
| Telephonic Trial Confirmation Hearing | March 15, 2022, 8:15 a.m., Courtroom 4 (NONE) |
| Jury Trial | May 17, 2022, 8:30 a.m., Courtroom 4 (NONE) |

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 25, 2021**              /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE