# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. PETERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORRIS HOLLIE, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01230-NONE-EPG (PC)<br><br>**ORDER GRANTING JOINT STIPULATION FOR PHYSICAL EXAMINATION OF PLAINTIFF PURSUANT TO F.R.C.P. RULE 35**<br><br>(ECF No. 102)<br><br>Magistrate Judge:　　Hon. Erica P. Grosjean<br><br>Action Filed:　3/30/17<br>SAC Filed:　　7/15/19<br>Trial Date:　　5/17/22 |

　　GOOD CAUSE APPEARING, the parties' joint stipulation for Plaintiff FRANK E. PETERS ("Plaintiff") to submit to a medical examination to be conducted by Thomas James Grogan, M.D., on March 9, 2021, at 11:00 a.m., at the office of Dr. Grogan, located at 11704 Wilshire Blvd., Suite 11710, Los Angeles, CA 90025, is hereby GRANTED.

　　The medical examination shall be conducted in accordance with the terms of the joint stipulation (ECF No. 102).

IT IS SO ORDERED.

　　Dated:　**March 1, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE