UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. PETERS,<br><br>          Plaintiff,<br><br>v.<br><br>NORRIS HOLLIE, M.D., et al.,<br><br>          Defendants. | Case No. 1:18-cv-01230-NONE-EPG (PC)<br><br>ORDER APPROVING FIFTH JOINT STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 105)<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING, TRIAL, AND RELATED DEADLINES |

The parties previously filed four stipulations to amend the scheduling order (ECF Nos. 93, 95, 98, & 100), all of which the Court granted (ECF Nos. 94, 97, 99, & 101).  On March 30, 2021, the parties filed a fifth stipulation to amend the scheduling order.  (ECF No. 105).

This case was filed in March of 2017 (ECF No. 1).  Non-expert discovery has been open since November 19, 2019 (ECF No. 90), and was originally scheduled to close on May 29, 2020 (id.).  Overall, the parties have asked to extend the non-expert discovery cutoff for over a year.

The parties have had ample time to conduct discovery, and the Court is reluctant to provide any further extensions.  Nevertheless, in the abundance of caution, and given the stipulation, the Court will grant **one final extension** of the discovery deadlines.  Accordingly, pursuant to the stipulation of the parties (ECF No. 105), the Court will modify the Scheduling Order (ECF No. 90, as amended by ECF Nos. 94, 97, 99, & 101).

Additionally, given that the Court is extending the dispositive motion deadline, and given

the ongoing judicial emergency in the Eastern District of California, the telephonic trial confirmation hearing, the trial, and all related deadlines are VACATED.  If necessary, the Court will reset these deadlines after Defendants' motion for summary judgment has been resolved.

The remaining dates and deadlines in this case are as follows:

| Event | Deadline/Date |
| --- | --- |
| Non-expert Discovery | May 31, 2021 |
| Expert Disclosure | June 30, 2021 |
| Rebuttal Expert Disclosure | July 30, 2021 |
| Expert Discovery | August 31, 2021 |
| Dispositive Motions | September 30, 2021 |

All other terms and conditions of the Scheduling Order remain in full force and effect.

Again, the parties should consider this the final extension of these dates.  No further extensions will be granted, absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:  **March 31, 2021**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE