UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. PETERS, <br><br> Plaintiff, <br><br> v. <br><br> NORRIS HOLLIE, et al., <br><br> Defendants. | Case No. 1:18-cv-01230-NONE-EPG (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> (ECF No. 113) |

Frank E. Peters ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* in this action.

On October 25, 2021, Plaintiff filed a motion for an extension of time to respond to Defendants' motion for summary judgment, asking that he be given until January 31, 2022, to file his response. (ECF No. 113). Plaintiff states that he is scheduled for lumbar spinal surgery on October 20, 2021. The recovery period is significant, and it will be impossible for Plaintiff to prepare a response during this period. Additionally, Plaintiff argues that there is no time pressure because the parties agreed to participate in a settlement conference, and the conference is set for January 18, 2022. In the event that the settlement conference is unsuccessful, Plaintiff will file his response.

The Court finds good cause to grant Plaintiff's motion.

\\\

Accordingly, IT IS HEREBY ORDERED that Plaintiff has until January 31, 2022, to file his response to Defendants' motion for summary judgment (ECF No. 109).

IT IS SO ORDERED.

Dated: **October 26, 2021**                    /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE