UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. PETERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORRIS HOLLIE, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01230-JLT-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 124) |

On February 14, 2022, the parties filed a joint stipulation dismissing defendants N. Hollie, C. Apker, B. Rucker, and S. Hicks, and all other claims (to the extent that any remain after dismissal of these defendants), with prejudice. (ECF No. 240). Additionally, pursuant to the stipulation, each party bears its own costs and attorneys' fees. (Id.). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**February 15, 2022**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1